**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **1998-CR-0124-01** |
| v. | **2007-CR-0016** |
| **TROY JOHANNES,** | |
| Defendant. | |

**TO:** Denise Hinds, Esq., AUSA
David J. Dilts, Esq.

## ORDER

THIS MATTER came before the Court upon United States Office of Probation's petition to revoke Defendant's supervised release dated June 26, 2008. A preliminary hearing was held on August 15, 2008. The government was represented by Denise Hinds, Esq., AUSA; and David J. Dilts, Esq., appeared on behalf of Defendant.

The government presented the testimony of Alfredo Semper, United States Probation Officer. Officer Semper testified that his office has been assigned to supervise Defendant and that Defendant's supervised release was subject to the standard conditions of release, including, but not limited to, no possession or use of controlled substances. Officer Semper further testified that the after Defendant began his supervised release, he informed the Office of Probation that he was addicted to cocaine and requested to be

*United States v. Johannes*
1998-CR-0124-01
2000-CR-0019
Order
Page 2

allowed to enter a drug rehabilitation program. The Office of Probation petitioned the Court on Defendant's behalf that he be allowed to attend an in-patient treatment facility, and the Court ordered that Defendant enroll in and complete such treatment program. Officer Semper testified stated that on June 23, 2008, his office received a discharge summary from the program in which Defendant was enrolled in Atlanta, Georgia. According to Officer Semper, the facility discharged Defendant, prior to his completion of the full program, because of his violation of program rules and requirements, including, testing positive for drugs.

Based upon the foregoing, the Court finds that Defendant has violated a condition of his release and that probable cause exists to revoke Defendant's release.

ENTER:

Dated: August 15, 2008                                /s/
                                            GEORGE W. CANNON, JR
                                            U.S. MAGISTRATE JUDGE